# ALABAMA COURT OF CRIMINAL APPEALS



September 26, 2025

**CR-2024-0529**

Brandon J. Edwards v. State of Alabama (Appeal from Jefferson Circuit Court: CC-12-193.60)

## <u>NOTICE</u>

You are hereby notified that on September 26, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk